**CHARLES J. DeHART III**
STANDING CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE
HUMMELSTOWN PA  17036

TELEPHONE 717-566-6097
FAX 717-566-8313
dehartstaff@pamd13trustee.com

March 3, 2009

Clerk, U.S. Bankruptcy Court

RE: Joann m. Petravage
    Bankruptcy Case No.  5-06-50407
    Unclaimed Funds For: Citifinancial
                      PO Box 70919
                        Charlotte NC 28272

Dear Clerk:

   Enclosed herewith please find check No.736004 for $1,253.25 drawn on the Fulton Bank representing unclaimed funds for a creditor in the above-referenced bankruptcy.

   Should you have any questions or concerns regarding this matter, please feel free to contact our office.

                                  Very truly yours,

                                  Carol A. Kreider
                                  Funds Manager

FILED
WILKES-BARRE, PA.
2009 MAR -4  AM 10: 09
CLERK U.S. BANKRUPTCY COURT